**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-61588-CIV-ALTMAN/Hunt**

**LUZ MARTINEZ**,

    *Plaintiff*,

v.

**TOTAL SOLUTION PROFESSIONAL SERVICES INC.**, *et al.*,

    *Defendants*.

_____/

**ORDER**

    To better manage the orderly progress of the case, the Court hereby **ORDERS** as follows: The Plaintiff(s) in this case shall file proof of service, as to each Defendant, within seven days of perfecting service of each Defendant. The Defendants shall file their responses and motions jointly. When responding to the Complaint, the Defendants shall file either a *joint motion* or separate *answers* within the time remaining for *the last-served Defendant* to respond.

    If conflicts of position exist, the Defendants shall file a *motion for leave to file separate responses*, in which they will describe what those conflicts are. If the Defendants need more than twenty pages for their responses, they shall file a *motion for leave to file excess pages*, which the Court will entertain on an expedited basis.

    Failure to comply with these procedures may result in sanctions, including the striking of the motion(s) or response(s).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of August 2020.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc: counsel of record