**UNITED STATES COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No.: 20-CV-61588-RKA

LUZ MARTINEZ,

    Plaintiff,

vs.

TOTAL SOLUTION PROFESSIONAL
SERVICES INC., a Florida
Profit Corporation, and
AVIHU ZABATANI,

    Defendant.
_____/

## MOTION FOR EXTENSION OF TIME AND TO DEEM STATEMENT OF CLAIM TIMELY FILED

Plaintiff, LUZ MARTINEZ ("Ms. Martinez" or "Plaintiff"), by and through the undersigned attorneys, pursuant to the Rule 6(b), Fed. R. Civ. P., files this Motion for Extension of Time and to Deem Plaintiff's Statement of Claim, attached hereto as **Exhibit "1,"** timely filed. In support thereof, Plaintiff states:

Plaintiff filed her initial Complaint on August 5, 2020. The time for filing an answer or other pleadings has not expired. In fact, no appearance has been made by the Defendants. Therefore, Defendants will suffer no prejudice by the granting of this Motion.

Pursuant to this Court's FLSA Order [DE 4], Plaintiff was to file a Statement of Claim on August 21, 2020. An inadvertent scheduling error prevented Plaintiff from timely doing so. Pursuant to Fed. R. Civ. P. Rule 6(b), the Court may grant an extension of time to a party upon the showing of excusable neglect. Plaintiff is promptly moving for this extension after discovering the error, and Plaintiff's Statement of Claim is attached to this Motion.

This motion is filed for good cause and not to unnecessarily extend the time for the submission of Plaintiff's attached Statement of Claim. Defendants will suffer no prejudice through the granting of this Motion.

Respectfully Submitted on this 24th day of August 2020.

>Pike & Lustig, LLP
>*/s/ Daniel Lustig*
>**Daniel Lustig**
>Florida Bar No.: 059225
>**Robert C. Johnson**
>Florida Bar No.: 116419
>1209 N. Olive Ave.
>West Palm Beach, FL 33401
>Telephone: (561) 855-7585
>Facsimile: (561) 855-7710
>Email: pleadings@pikelustig.com
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August 2020, I caused a true and correct copy of the foregoing to be served via EM/ECF.

>*/s/ Daniel Lustig*
>Daniel Lustig